```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lunique Agostini, on behalf of herself and all others similarly situated,

                                 Plaintiff,

-against-

Hobby Lobby Stores, Inc.,

                                 Defendant.

1:24-cv-04924 (DEH) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

On July 18, 2024, the Court entered an Order granting a joint application, filed by Plaintiff, seeking a 30-day extension of time for Defendant Hobby Lobby Stores, Inc. to file an Answer or otherwise respond to the Complaint until yesterday, August 29, 2024. (7/18/24 Order, ECF No. 8.) Defendant has not yet responded to the Complaint.

If no response to the Complaint is filed by Friday, September 6, 2024, Plaintiff shall seek a Clerk's Certificate of Default in accordance with Rule 55 of the Federal Rules of Civil Procedure and the Local Civil Rules for Defendant's failure to plead or otherwise defend this action. Plaintiff shall serve of a copy of this Order on Clint B. Sloan, General Counsel for Defendant, and file proof of service to the ECF docket, no later than Tuesday, September 3, 2024.

**SO ORDERED.**

Dated:     New York, New York
             August 30, 2024

                                                        _____
                                                          STEWART D. AARON
                                                          United States Magistrate Judge