UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――x
LUNIQUE AGOSTINI, on behalf of herself and all
Others similarly situated,

        Civil Action No. 1:24-cv-4924

    Plaintiffs,

  -against-

HOBBY LOBBY STORES, INC.,

        **NOTICE OF VOLUNTARY DISMISSAL**

    Defendant.
―――――――――――――――――――――x

Plaintiff Lunique Agostini, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice.

Dated: September 2, 2024

By: *Gabriel Levy*
    _____

Gabriel A. Levy, Esq.
   *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com